# United States District Court

_____Southern_____ District of _____Texas_____

UNITED STATES OF AMERICA
V.
**Jose Antonio PADILLA Melendez**

Honduras
A 77 800 198

**CRIMINAL COMPLAINT**

CASE NUMBER 1:07-PO- __2902__

I, the undersigned complainant being duly sworn, state the following is true and correct to the best of my knowledge and belief.  On or about **August 31, 2007** in **Cameron** County, in the **Southern** District of **Texas**, the defendant being then and there an alien, did, willfully, knowingly and unlawfully enter the United States at a place other than designated by an Immigration Officer,

in violation of Title **8** United States Code, Section **1325(a)(1).**

I further state that I am a **United States Border Patrol Agent** and that this complaint is based on the following facts:   **Subject was apprehended at Brownsville, Texas on August 31, 2007.  Subject admitted wading the Rio Grande River near Brownsville, Texas on August 31, 2007 thus avoiding inspection.**

Continued on the attached sheet and made part hereof:   ☐ Yes   ☒ No

S/ Marco A. Gamez     Senior Patrol Agent
_Signature of Complainant_

Sworn to before me and subscribed in my presence,

September 1, 2007                                       at   Brownsville, Texas
_Date_                                                                _City and State_

John Wm. Black       U.S. Magistrate Judge           S/
_Name and Title of Judicial Officer_                      _Signature of Judicial Officer_